UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81503-Civ-Marra/Johnson

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Joseph J. Fostano, submits this Notice of Pending Settlement and states that the parties have reached an informal settlement with regard to this case and are presently drafting, finalizing, and executing the final settlement and dismissal documents. Upon execution of the same, the parties will file a notice of dismissal with the Court no later than June 24, 2011.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81503-Civ-Marra/Johnson

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        s/Donald A. Yarbrough
                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF