UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81503-Civ-Marra/Johnson

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Hinshaw & Culbertson, LLP |
| Fort Lauderdale, Florida 33339 | Suite 1600 |
| Telephone: 954-537-2000 | 9155 South Dadeland Boulevard |
| Facsimile: 954-566-2235 | Miami, FL 33156-2741 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Barbara Fernandez |
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81503-Civ-Marra/Johnson

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 22, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.

### SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF