UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-81503-CIV-MARRA/JOHNSON

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 31). Having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of June, 2011.

_____
KENNETH A. MARRA
United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Barbara Fernandez, Esq., Counsel for Defendant